NICHOLAS RAMOS, RESPONDENT, v. HARTFORD FIRE INSURANCE COMPANY, APPELLANT.

Submitted July 5, 1920—Decided October 15, 1920.

On appeal from the Supreme Court, in which court the following *per curiam* was filed:

"We think there was evidence to warrant the finding in favor of the plaintiff. The question is one of fact and we

cannot reverse the action of the trial judge. Let the judgment be affirmed, with costs."

For the respondent, *Nathan H. Bergen.*

For the appellant, *Frederick M. P. Pearse.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, BERGEN, MINTURN, KALISCH, BLACK, KATZENBACH, WHITE, GARDNER, HEPPENHEIMER, WILLIAMS, ACKERSON, JJ.   12.

*For reversal*—None.